# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Zachary Caine Tart            Docket No. 5:13-CR-252-1H

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Zachary Caine Tart, who, upon an earlier plea of Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349 and Wire Fraud in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Max O. Cogburn Jr., U.S. District Judge, on June 22, 2012, to the custody of the Bureau of Prisons for a term of 30 Months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 Months under the standard conditions adopted by the court and the following additional conditions:

1. Throughout the period of supervision, the probation officer shall monitor the defendant's economic circumstances and shall report to the court, with recommendations as warranted, any material changes that affect his ability to pay any court ordered penalties.

Zachary Caine Tart was released from custody on 6/12/2013, at which time the term of supervised release commenced. Jurisdiction was transferred from the Western District of North Carolina to the Eastern District of North Carolina on September 6, 2013.

On April 25, 2014, a Petition for Action on Supervised Release was submitted to the court to add the following conditions of supervision:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested to speak to a mental health treatment provider about current mental health issues he is experiencing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

TART, Zachary Caine
Petition for Action on Supervised Release
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervisory U.S. Probation Officer

/s/Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: May 15, 2014

**ORDER OF THE COURT**

Malcolm J. Howard
Senior U.S. District Judge